

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CITY OF EL PASO, TEXAS, | § | No. 08-24-00078-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 3 |
| ALBERT LOPEZ AND LEXBY LOPEZ, | § | of El Paso County, Texas |
| Appellees. | § | (TC#2017DCV0065) |

## MEMORANDUM OPINION

Before this Court is the City of El Paso's amended motion to withdraw its appeal. *See* Tex. R. App. P. 42.1(a)(1) (allowing appellate courts to dismiss an appeal on the motion of the appellant). The motion states that the City is no longer interested in pursuing its appeal. Accordingly, the motion to dismiss is granted, and this appeal is dismissed. *See* Tex. R. App. P. 42.1(a)(1). Costs of the appeal are taxed against the City. *See* Tex. R. App. P. 42.1(d).

GINA M. PALAFOX, Justice

May 9, 2024

Before Alley, C.J., Palafox and Soto, JJ.